838

No. 276. UNITED FURNITURE WORKERS OF AMERICA, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *Mitchell J. Cooper* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Nancy M. Sherman* for respondent.

No. 277. PERRY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Charles F. Blanchard* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 279. PAPALIA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Terry Milburn* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 280. KANAREK *v.* UNITED STATES. Court of Claims. Certiorari denied. *Irving A. Kanarek,* petitioner, *pro se. Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 281. WICKER *v.* NATIONAL SURETY CORP. C. A. 4th Cir. Certiorari denied. *Thos. A. Williams, Jr.,* for petitioner. *Aubrey R. Bowles, Jr.,* and *H. Armistead Boyd* for respondent.

No. 290. MERRIOTT *v.* UNITED STATES. Court of Claims. Certiorari denied. *John J. Pyne* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.